UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODIE PAVITT, et al., | CASE NO. C17-1363 MJP |
| Plaintiffs, | ORDER GRANTING MOTION TO STAY |
| v. | |
| EQUIFAX INC, | |
| Defendant. | |

The Court, having received and reviewed Defendant Equifax Inc.'s Motion to Stay or, in the Alternative, for an Extension of Time to Respond to Complaint (Dkt. No. 12), and Plaintiffs having registered their non-opposition to the motion, rules as follows:

IT IS ORDERED that the motion to stay is GRANTED; the matter is stayed pending the Judicial Panel on Multidistrict Litigation's (JPML) decision on the § 1407 transfer and consolidation motions before it.

ORDER GRANTING MOTION TO STAY - 1

1     IT IS FURTHER ORDERED that the parties are to notify the Court within 10 days of a decision on this matter by the JPML, or to file a status report with the Court every 90 days from the date of this order, whichever occurs first.

    The clerk is ordered to provide copies of this order to all counsel.

Dated: October 6, 2017.

Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION TO STAY - 2